UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYNERGEN INC.,

    Plaintiff,                                  Case No. 16-cv-11842
                                              Hon. Matthew F. Leitman

v.

FCA US LLC,

    Defendant.
_____/

## ORDER ON STATUS CONFERENCE

On March 20, 2017, the Court held a telephonic status conference with counsel for both parties to discuss outstanding discovery issues in this action. For the reasons stated during the conference, and pursuant to Federal Rule of Civil Procedure 53, the Court will appoint a discovery master to address discovery disputes that cannot be efficiently resolved by this Court.

During the conference, counsel expressed their belief that the parties could agree upon a discovery master. By no later than 5:00 p.m. on Friday, March 24, 2017, the parties shall submit to the Court a proposed order that (1) complies with **all** of the requirements of Federal Rule of Civil Procedure 53(b)(2) and (2) appoints an agreed-upon discovery master. The parties shall also instruct the discovery master to submit an affidavit to the Court that complies with Federal Rule of Civil Procedure 53(b)(3). Upon receipt of that affidavit, the Court will enter the proposed

order. By no later than 5:00 p.m. on Friday, March 31, 2017, the parties shall provide written notice to the discovery master of all outstanding discovery disputes in need of resolution. The discovery master shall thereafter resolve those disputes with "all reasonable diligence." Fed. Rule Civ. Proc. 53(b)(2).

In addition, for the reasons stated during the status conference, the Court will enter an amended scheduling order in this action extending all dates for a period of ninety (90) days. There will be **no** further extensions to the scheduling order.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated: March 20, 2017 UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 20, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113