# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SYNERGEN INC., a Michigan Corporation,

    Plaintiff,

vs.

FCA US LLC (f/k/a Chrysler Group, LLC), a Delaware limited liability company,

    Defendant.

Case No. 2:16-cv-11842
Honorable Matthew F. Leitman
Magistrate R. Steven Whalen

**SPECIAL DISCOVERY MASTER'S SECOND RULE 53 REPORT AND RECOMMENDATION REGARDING CERTAIN DISCOVERY DISPUTES**

---

Kenneth B. Morgan (P34492)
CAMPBELL MORGAN, P.C.
*Attorneys for Synergen, Inc.*
180 High Oak Drive, Suite 202
Bloomfield Hills, MI 48304
(248) 594-6341
kbmorgan@camorlaw.com

Raechel Badalamenti (P64361)
Robert J. Morris (P75864)
*Attorneys for Synergen, Inc.*
KIRK HUTH LANGE & BADALAMENTI, PLC
19500 Hall Road, Suite 100
Clinton Township, MI 48038
(586) 412-4900
rbadalamenti@khlblaw.com

James P. Feeney (P13335)
Laura C. Baucus (P56932)
Jennifer Boueri Chilson (P71176)
Elisa J. Lintemuth (P74498)
*Attorneys for FCA US LLC*
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0700
jfeeney@dykema.com
baucus@dykema.com
jbouerichilson@dykema.com
elintemuth@dykema.com

1

# **SPECIAL DISCOVERY MASTER'S FIRST RULE 53 REPORT AND RECOMMENDATION REGARDING CERTAIN DISCOVERY DISPUTES**

Pursuant to the Court's March 28, 2017 Order Appointing Special Master for Resolving Discovery Dispute (the "Order"), the Special Discovery Master, Retired Judge Richard P. Hathaway, submits his Second Rule 53 Report and Recommendation Regarding Certain Discovery Disputes ("Rule 53 Report"), which is attached as Exhibit 1 hereto. (Dkt. 60, ¶ 6.) In addition, as required by the Court's Order, attached as Exhibits 2 through 9 are the original motions, responses, reply briefs, and supplemental briefs (without exhibits due to size) submitted by the parties relating to the discovery disputes that are the subject of my Second Rule 53 Report. A full list of all documents attached hereto is as follows:

1. Second Rule 53 Report;
2. Plaintiff/Counter-Defendant Synergen, Inc.'s and Third-Party Defendant UUSI, LLC d/b/a Nartron Corporation's Motion to Quash the May 9, 2017 Subpoenas Issued to Non-Parties JVIS Manufacturing LLC and JVIS-USA, LLC ("Motion to Quash") dated May 11, 2017;
3. FCA US LLC's Response to Synergen / Nartron's Motion to Quash dated May 25, 2017;
4. Synergen / Nartron's Reply Brief in Support of Motion to Quash dated June 1, 2017;
5. Synergen / Nartron's Supplemental Brief in Support of Motion to Quash dated June 14, 2017;

2

6. FCA US LLC's Supplemental Response Brief in Opposition to Motion to Quash dated June 16, 2017;

7. Synergen / Nartron's Supplemental Brief in Support of Motion to Quash and Opposition to FCA US, LLC's Premature Request for Ruling on Objections to Discovery Requests Dated June 9, 2017 For Which No Formal Response is Even Due; and Proposed Preliminary Ruling of Discovery Master – Dated July 10, 2017.

8. FCA US LLC's Second Supplemental Brief in Opposition to Motion to Quash dated July 10, 2017; and

9. FCA US LLC's Proposed Preliminary Ruling of Special Discovery Master dated July 10, 2017.

I anticipate additional Rule 53 Reports being issued relating to outstanding discovery issues.

By: /s/ Richard P. Hathaway
SPECIAL DISCOVERY MASTER
RETIRED JUDGE RICHARD P. HATHAWAY

Dated: August 7, 2017

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2017, counsel for FCA US LLC e-filed this document and supporting exhibits with the Court's e-file system, which shall provide notice to all parties.

                                          /s/ *Jennifer B. Chilson*
                                              Jennifer B. Chilson
                                              Dykema Gossett PLLC
                                              400 Renaissance Center
                                              Detroit, MI 48243
                                              P71176