UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYNERGEN, INC., a
Michigan Corporation,

      Plaintiff,                                Case No. 16-11842
                                            Hon. Matthew F. Leitman

v.

FCA US, LLC (f/k/a Chrysler Group,
LLC), a Delaware Limited Liability
Company,

      Defendant,

_____/

## ORDER GRANTING (1) DEFENDANT'S MOTION TO ADOPT SPECIAL DISCOVERY MASTER'S FIRST RULE 53 REPORT AND RECOMMENDATION REGARDING CERTAIN DISCOVERY DISPUTES (ECF # 79) AND (2) DEFENDANT'S MOTION TO ADOPT SPECIAL DISCOVERY MASTER'S SECOND RULE 53 REPORT AND RECOMMENDATION REGARDING CERTAIN DISCOVERY DISPUTES (ECF # 82)

For the reasons explained on the record during the August 16, 2017, Telephonic Status Conference, IT IS HEREBY ORDERED THAT:

1.      Defendant's Motion to Adopt the First Report and Recommendation of the Special Master Regarding Certain Discovery Disputes (ECF #79) is GRANTED.

2.      The First Report and Recommendation of the Special Master Regarding Certain Discovery Disputes (ECF #78-2) is ADOPTED as the Order of this Court.

3.     Defendant's Motion to Adopt the Second Report and Recommendation of the Special Master Regarding Certain Discovery Disputes (ECF #82) is GRANTED.

4.     The Second Report and Recommendation of the Special Master Regarding Certain Discovery Disputes (ECF #81-2) is ADOPTED as the Order of this Court.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 18, 2017


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 18, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
