UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYNERGEN INC.,

    Plaintiff,

Case No. 16-cv-11842
Hon. Matthew F. Leitman

v.

FCA US LLC,

    Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO ENFORCE COURT ORDER (ECF #89)

On November 3, 2017, Defendant FCA US, LLC filed a motion to enforce a May 12, 2017, order that the Court entered resolving a discovery dispute between the parties. (*See* ECF #89.) The Court held a hearing on FCA's motion on March 13, 2018.

For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that FCA's motion is **GRANTED IN PART AND DENIED IN PART** as follows:

- The Court strikes from Plaintiff's June 16, 2017, supplemental discovery response the following language found at ECF #89-6, Pg. ID 1970: "Without waiving its original responses … or the supplemental response dated April 24, 2017 and May 24, 2017 which, in addition to the Bates pages identified here

1

included request for quotes and correspondence on the terms of the parties agreement." The Court does not strike Plaintiff's objections to the discovery request.

- Plaintiff may not amend or supplement its June 16, 2017, supplemental discovery response without leave of Court.

- FCA's motion in all other respects is denied.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: March 13, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 13, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(810) 341-9764